AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

RUTGERS, THE STATE UNIVERSITY
OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

V.

TELLME NETWORKS, INC.,
A DELAWARE CORPORATION

CASE NUMBER: 07-CV-1295(KSH)

TO: (Name and address of Defendant)

    TELLME NETWORKS, INC.,
    a Delaware Corporation
    1310 VILLA ST.,
    MOUNTAIN VIEW, CA 94041

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    DONALD A. ROBINSON
    ROBINSON & LIVELLI
    TWO PENN PLAZA EAST, SUITE 1100
    NEWARK, NJ 07105
    (973) 690-5400

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**          3/20/07

CLERK                                         DATE

(By) DEPUTY CLERK

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT, DEMAND FOR JURY TRIAL** | |
| EFFECTED (1) BY ME: | |
| TITLE: **PROCESS SERVER** | DATE: 7-17-07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

TELLME NETWORKS, INC., A DELAWARE CORPORATION

Place where served: 1310 Villa Street, Mountain View, CA 94041

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service: William Reilly, Attorney

SEX: M  AGE: 38  HEIGHT: 5'10"  WEIGHT: 175  SKIN: White  HAIR: Blonde  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___     SERVICES $ ___.___     TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/17/2007        _____ L.S.
SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   DONALD A. ROBINSON, ESQ.
PLAINTIFF:   RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
DEFENDANT:  TELLME NETWORKS, INC., A DELAWARE CORPORATION
VENUE:      DISTRICT OF NEW JERSEY
DOCKET:     07 CV 1295(KSH)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

S.R